United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ELIZABETH BIELFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>Defendant. | Case No. 20-cv-05202-SI<br><br>**ORDER REASSIGNING ACTION** |

Both parties in this Social Security appeal have consented to the jurisdiction of a Magistrate Judge. Dkt. Nos. 6, 9. The matter is hereby transferred to the Assignment Committee for reassignment to a Magistrate Judge.

**IT IS SO ORDERED**.

Dated: November 21, 2020

_____

SUSAN ILLSTON
United States District Judge